

# Fourth Court of Appeals
## San Antonio, Texas

January 22, 2025

No. 04-24-00830-CR

**IN RE** Karl **KEENE**

Original Proceeding[1]

### ORDER

On December 4, 2024, Karl Keene filed a "Petition [for] Writ of Habeas Corpus or Writ of Mandamus," requesting that we issue a writ of habeas corpus or, in the alternative, that we order the trial court to hold a hearing pursuant to Texas Rule of Appellate Procedure 38.8(b). After considering the petition, the court concludes that the court lacks jurisdiction to grant Keene's request for habeas relief and that Keene is not entitled to mandamus relief. Accordingly, we **DISMISS** Keene's petition for want of jurisdiction insofar as Keene requests habeas relief and **DENY** the petition insofar as Keene requests mandamus relief.

It is so **ORDERED** on January 22, 2025.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of January, 2025.

_____
Luz Estrada, Chief Deputy Clerk

---

[1]This proceeding arises out of Cause No. 2023CR7223, styled *The State of Texas v. Karl Keene*, pending in the 437th Judicial District Court, Bexar County, Texas, the Honorable Joel Perez presiding.